P., C.A., Jr., Plaintiff/Respondent,

v.

P., C.A., Sr., Defendant/Appellant.

No. 60326.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 21, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
March 3, 1992.

█

Alan Agathan, Clayton, for defendant, appellant.

Corinne Louise Richardson, Appointed Counsel, Gary T. Soule, Stern, Pressman & Soule, Clayton, for plaintiff, respondent.

Barbara Guess, pro se.

ORDER

PER CURIAM.

Father appeals after the court terminated his parental rights to his four year old son. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).